IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STEPHANIE ROSS,

        Plaintiff,

v.

COMMISSIONER SOCIAL SECURITY ADMINISTRATION,

        Defendant.

3:12-cv-00950-MA

ORDER

MARSH, Judge

    Based on the stipulation of the parties, it is hereby ORDERED that attorney's fees in the amount of $5,760.29 shall be awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The parties agree that attorney's fees will be paid to plaintiff's attorney, dependent upon verification that plaintiff has no debt that qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program. See <u>Astrue v. Ratliff</u>, ___ U.S. ___, 130 S.Ct. 2521 (2010).

///

///

///

1 - ORDER

If plaintiff has no such debt, then the check shall be made out to plaintiff's attorney and mailed to plaintiff's attorney's office.

IT IS SO ORDERED.

DATED this 22 day of January, 2014.

Malcolm F. Marsh
United States District Judge

2 - ORDER